

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

------------

## ORDER

------------

The following appeals were originally submitted to the court without oral argument. On its own motion, the court orders these causes to be removed from their present submission dates and panels. The Clerk of this Court will reset these causes for submission without oral argument on July 1, 2014, before the following panels:

| | | |
|---|---|---|
| 02-12-00093-CR<br>02-12-00094-CR | Artie Davis a/k/a Arty Davis<br>v.<br>The State of Texas | Chief Justice Livingston and<br>Justices Dauphinot and McCoy |
| 02-12-00112-CR | Kelly Winn<br>v.<br>The State of Texas | Chief Justice Livingston and<br>Justices Walker and McCoy |
| 02-12-00158-CR | Christopher Tyrone Johnson<br>v.<br>The State of Texas | Justices Dauphinot, Meier and<br>Gabriel |
| 02-12-00173-CR | Clevin Earl Brown, Jr.<br>v.<br>The State of Texas | Chief Justice Livingston,<br>Justice Walker, and Visiting<br>Justice William Brigham |
| 02-12-00178-CR | Russell Jay Reger<br>v.<br>The State of Texas | Justices Dauphinot, Walker,<br>and McCoy |

| | | |
|---|---|---|
| 02-12-00188-CR | Jennifer Banner Wolfe<br>v.<br>The State of Texas | Chief Justice Livingston and Justices Walker and Gabriel |
| 02-12-00202-CR | Chaqoia Chandrelle Gould<br>v.<br>The State Of Texas | Chief Justice Livingston and Justices Walker and McCoy |
| 02-12-00206-CR | Eduardo Espinoza<br>v.<br>The State of Texas | Chief Justice Livingston and Justices Walker and McCoy |
| 02-12-00360-CR | Ricky Dale Jones, Jr.<br>v.<br>The State of Texas | Justices Walker, McCoy, and Gabriel |
| 02-12-00365-CR | Theodore Conner Hargett<br>v.<br>The State of Texas | Justices Walker, Meier, and Gabriel |
| 02-12-00411-CR | Sanden Cottongame<br>v.<br>The State of Texas | Justices McCoy, Meier, and Gabriel |
| 02-12-00433-CR | Daniel Ledesma<br>v.<br>The State of Texas | Justices McCoy, Meier, and Gabriel |
| 02-12-00443-CV | Ray Bell<br>v.<br>Rick C. Ray | Justices Walker, McCoy, and Meier |
| 02-12-00465-CV | Kyongnam Kim and Isis A to Z Bridal Formal, Inc.<br>v.<br>Antonio Sanchez d/b/a D&C Construction | Chief Justice Livingston, Justice Walker, and Visiting Justice Charles Bleil |
| 02-12-00531-CR | David Everett Stevens<br>v.<br>The State of Texas | Chief Justice Livingston, Justice Gabriel, and Visiting Justice David Chew |

| | | |
|---|---|---|
| 02-12-00539-CR | Lionell Frazier, Jr.<br>v.<br>The State of Texas | Justices Walker, McCoy, and Meier |
| 02-12-00576-CR | Patricia Elizabeth Harkcom<br>v.<br>The State of Texas | Chief Justice Livingston, Justices Walker and Meier |
| 02-12-00611-CR | George Tom Wood<br>v.<br>The State of Texas | Justices Walker, Meier, and Gabriel |
| 02-12-00626-CR | Lucas Ryan Doyle<br>v.<br>The State of Texas | Justices Walker, McCoy, and Meier |
| 02-12-00629-CR | Juan Manuel Deleon<br>v.<br>The State of Texas | Chief Justice Livingston, Justices Dauphinot and Gabriel |
| 02-13-00016-CR | Josey Wales Parks<br>v.<br>The State of Texas | Justices Dauphinot, Walker, and McCoy |
| 02-13-00097-CV | Luke Adam Stanton, Sr.<br>v.<br>Kimberly Faye Stanton | Chief Justice Livingston, Justice Dauphinot, and Visiting Justice David Chew |
| 02-13-00159-CV | In the Interest of C.N.T. and R.J.T. | Justices Dauphinot, Walker, and Gabriel |

These panels are subject to change by the court. *See* Tex. R. App. P. 39.8.

DATED June 10, 2014.

PER CURIAM

3